## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 31, 2015

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

                Re:  Case No. 14-2070, *Brad Vamplew v. Wayne State University Board, et al*
                     Originating Case No. : 2:12-cv-14561

Dear Clerk,

    Enclosed is a copy of the mandate filed in this case.

                                                    Sincerely yours,

                                                    s/Robin L. Johnson
                                                    Case Manager
                                                    Direct Dial No. 513-564-7039

cc:  Mr. Daniel B. Tukel
      Mr. Brad Vamplew

Enclosure

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 14-2070

_____

Filed: August 31, 2015

BRAD VAMPLEW

    Plaintiff - Appellant

v.

WAYNE STATE UNIVERSITY BOARD OF GOVERNORS, dba Wayne State University, a public university; BARBARA K. REDMAN, Dean of Wayne State University, College of Law, Individually and in her official capacity; MARY ZUGCIC, Individually and in her official capacity

    Defendants - Appellees

DAVID J. STRAUSS, Dean of Students, Wayne State University, Individually and in his official capacity; CYNTHIA REDWINE, Assistant Dean for Student Affairs, Individually and in her official capacity; FELICIA GRACE, Academic Services Officer IV, Individually and in her official capacity

    Defendants - Appellees

 and

KATHERINE ZIMNICKI

    Defendant

GRAND VALLEY STATE UNIVERSITY; DETROIT MEDICAL CENTER

    Defendants

### MANDATE

   Pursuant to the court's disposition that was filed 08/07/2015 the mandate for this case hereby issues today.

 COSTS:  None